# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RELIGIOUS RIGHTS FOUNDATION OF PA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE COLLEGE AREA SCHOOL DISTRICT, *et al.*,<br><br>    Defendants. | No. 23-CV-01144<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 1, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 9) is **DENIED**.

2. Defendants' answer to the complaint is due no later than fourteen (14) days from the date of this Order.

                    BY THE COURT:

                    *s/ Matthew W. Brann*
                    Matthew W. Brann
                    Chief United States District Judge