# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Religious Rights Foundation of PA; a Pennsylvania non-profit corporation; C.Y. and L.Y., individually and as the parents and natural guardians of F.Y., a minor; and B.H. and K.H., individually and as the parents and natural guardians of R.H., a minor. | : : : : : : | CIVIL ACTION<br><br>Case No.: 4:23-cv-01144-MWB<br><br>Hon. Matthew W. Brann |
| Plaintiffs, | : : | |
| v. | : : | |
| State College Area School District; Board of School Directors of the State College Area School District, | : : : | |
| Defendants. | : : : | |

## ORDER

**AND NOW**, this 30th day of December 2024, upon consideration of the parties' joint motion ("Motion") to extend the deadlines for the filing of dispositive motions, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for the filing of dispositive motions is extended to March 7, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
MATTHEW W. BRANN
CHIEF UNITED STATES DISTRICT JUDGE